UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-01123-MRA-SP | | Date | April 1, 2026 |
|---|---|---|---|---|
| Title | *Romero Sanchez Serafin v. Warden et al* | | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| None Present | None Present |

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY PETITIONER'S TRO APPLICATION SHOULD BE GRANTED**

On March 17, 2026, the Court ordered the parties to submit supplemental briefing by March 26, 2026, addressing the following: (1) why the government revoked Petitioner's release in June 2024; (2) whether Petitioner was informed of the reasons for revocation and how those reasons were communicated to Petitioner; (3) whether Petitioner was provided with a meaningful opportunity to contest the government's reasons for his re-detention in June 2024; and (4) the current status of Petitioner's immigration proceedings.  ECF 11.  On March 23, 2026, Deputy Public Defender Jonathan C. Aminoff entered a Notice of Appearance on behalf of Petitioner.  ECF 13.  Respondents filed supplemental briefing on March 26, 2026, ECF 14, but Petitioner has failed to do so as of the date of this Order.

The Court intends to deny the TRO Application (ECF 3) based on the supplemental briefing which shows that Petitioner was detained after serving a state court criminal sentence and was recently afforded a bond hearing.  Petitioner is **ORDERED** to show cause by no later than **April 2, 2026**, at 5:00 p.m., why the Court should rule otherwise.  Failure to respond shall be construed as consent that there is no basis to grant the TRO Application.

**IT IS SO ORDERED.**

_____ : _____

Initials of Deputy Clerk       mku