JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERAFIN ROMERO SANCHEZ, Petitioner, v. WARDEN ADELANTO ICE PROCESSING CENTER, et al., Respondents. | Case No. 5:26-cv-01123-MRA-SP<br>**JUDGMENT**<br>**A# 246-777-374** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted in part.

Dated: August 14, 2026

HONORABLE MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE